IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DON ANDERSON, Individually
and on Behalf of Others Similarly
Situated                                                                                                PLAINTIFF

VS.                                    CASE NO. 1:12-CV-1024

FIRST BANK                                                                                              DEFENDANT

## ORDER

  Before the Court is the parties' Joint Motion to Dismiss. (ECF No. 10). The parties request that the above-styled cause of action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 and that each party bear their own costs and attorney's fees. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**. Each party is to bear their own costs and attorney's fees.

  **IT IS SO ORDERED**, this 3rd day of August, 2012.

                   /s/ Susan O. Hickey
                   Hon. Susan O. Hickey
                   United States District Judge